STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Plaintiff Rothschild Broadcast Distribution Systems, LLC*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC**, *Plaintiff*, v. **VIAAS, INC.**, *Defendant*. | **CASE NO.: 4:21-cv-01848-HSG** <br><br> **ORDER GRANTING PLAINTIFF'S AMENDED UNOPPOSED MOTION TO EXTEND DEADLINES BY 30 DAYS** (as modified) |

THIS COURT, having considered Plaintiff Rothschild Broadcast Distribution Systems, LLC's Amended Unopposed Motion to Extend the time to Answer, Move or Otherwise Respond to the Complaint and the case management deadlines by 30 days (the "Motion"), the Court finds good cause exists for extending the below. Accordingly, the Court GRANTS the Motion. The new deadlines shall be as follows:

| Event | Proposed Deadline |
|---|---|
| Defendant VIAAS, Inc. Response to the Complaint | June 16, 2021 |
| Joint Case Management Statement | Tuesday, September 28, 2021 |
| Initial Case Management Conference | Tuesday, October 5, 2021 at 2 p.m. |

IT IS SO ORDERED.

Date: 5/28/2021

Hon. Haywood S. Gilliam, Jr.