STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Plaintiff Rothschild Broadcast Distribution Systems, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC**, <br><br>*Plaintiff*, <br><br>v. <br><br>**VIAAS, INC.**, <br><br>*Defendant*. | **CASE NO.: 4:21-cv-01848-HSG** <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff Rothschild Broadcast Distribution Systems, LLC ("Plaintiff" or "RBDS") files this Notice of Voluntary Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant VIAAS, Inc. with prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: September 14, 2021               Respectfully submitted,

                                        */s/ Stephen M. Lobbin*
                                        Stephen M. Lobbin
                                        sml@smlavvocati.com
                                        SML AVVOCATI P.C.
                                        888 Prospect Street, Suite 200
                                        San Diego, California 92037
                                        (949) 636-1391 (Phone)

                                        ***Attorney(s) for Plaintiff Rothschild Broadcast Distribution Systems, LLC***

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2021, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.


                                        */s/ Stephen M. Lobbin*
                                        Stephen Lobbin